UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>Plaintiff,<br><br>v.<br><br>**Phil's Kitchen Corporation,** a California Corporation;<br><br>Defendant. | Case: No.3:21-CV-03289-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE AND DISCHARGING ORDER TO SHOW CAUSE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including February 1, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.
3. The Court HEREBY DISCHARGES the Order to Show Cause.

**IT IS SO ORDERED**.

Dated: January 13, 2022   _____
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE