UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11

BRIAN WHITAKER,

           Plaintiff,

    v.

PHIL'S KITCHEN CORPORATION,

           Defendant.

Case No. 21-cv-03289-SK

**ORDER DENYING REQUEST AS MOOT**

Regarding Docket No. 29

12   On April 18, 2024, the parties filed a stipulation to dismiss this action with prejudice

13   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 28.) Pursuant to that

14   stipulation, this action was closed.

15   On May 7, 2024, Plaintiff filed a document captioned "Ex Parte Application for Entry of

16   Stipulated Judgment" (Dkt. No. 29), which the Court presumes was intended to be an

17   administrative motion. Regardless, this case is closed. Therefore, the Court DENIES Plaintiff's

18   request as MOOT.

19   **IT IS SO ORDERED**.

20   Dated: May 7, 2024

21

22

SALLIE KIM
United States Magistrate Judge

23
24
25
26
27
28

United States District Court
Northern District of California